[No. 38309-8-II. Division Two. March 23, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. SHERRY G. HAMM, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 07-1-00061-3, Michael J. Sullivan, J., entered August 29, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 38824-3-II. Division Two. March 23, 2010.]

SUSAN HORTON-RUSHTON, *Appellant*, v. ROBERT TRENT ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-2-14815-4, Susan Serko, J., entered January 26, 2009. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 38908-8-II. Division Two. March 23, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. D.S., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-8-02336-0, Kathryn J. Nelson, J., entered January 28, 2009. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Van Deren, C.J., and Quinn-Brintnall, J.

[No. 39083-3-II. Division Two. March 23, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. KELLY J. MCAFERTY, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-1-02048-1, Richard D. Hicks, J., entered March 19, 2009. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.